IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-60320
Summary Calendar

_____

APOLINAR TORRES-ESPINO,

Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

Respondent.

- - - - - - - - - - -
Petition for Review of an Order
of the Board of Immigration Appeals
BIA No. A22 365 809
- - - - - - - - - - -
June 9, 1998
Before JONES, SMITH, and STEWART, Circuit Judges.

PER CURIAM:[*]

Apolinar Torres-Espino petitions for review of the Board of Immigration Appeals' decision denying his motion to reopen his appeal. Respondent moves the court to dismiss the petition for lack of jurisdiction.

This court lacks jurisdiction to review Torres-Espino's petition. See Nguyen v. INS, 117 F.3d 206, 207 (5th Cir. 1997). IT IS ORDERED that Respondent's motion to dismiss is GRANTED.

PETITION DISMISSED; MOTION GRANTED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.